IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DION HALASKA,
ANTON J. HALASKA, IV,
DEANNA L. MCCAY,
CLARENCE CHARLES E. MCCAY, JR.,
and MARSHAL D. ROSENBERGER,

Defendants.                                          No. 07-CR-40049-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is the Government's motion to substitute counsel. (Doc. 24.) The Court **GRANTS** this motion. (Doc. 24.) Assistant United States Attorney Thomas E. Leggens is hereby **WITHDRAWN** as counsel for Defendant and **REPLACED** by Assistant United States Attorney James E. Crowe, III.

**IT IS SO ORDERED**.

Signed this 28th day of June, 2007.

/s/     David   RHerndon
**United States District Judge**