## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DION HALASKA,**

**Defendant.**                              **No. 07-CR-40049-DRH**


## <u>ORDER</u>

**HERNDON, District Judge:**

Before the Court is the Defendant Dion Halaska's motion for extension of time to file memorandum in support of motion to suppress.  (Doc. 42.)  The motion is unopposed.  For good cause shown, the Court **GRANTS** this motion. (Doc. 42.)  Defendant Halaska shall have up to and including August 31, 2007 to file a memorandum in support of his motion to suppress. (Doc. 41.)

**IT IS SO ORDERED**.

Signed this 13th day of August, 2007.


/s/          David  RHerndon
**United States District Judge**