IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 07-CR-40049-01-DRH |
| ) | |
| DION HALASKA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

BEFORE THE COURT is the Government's First Amended Motion to Extend Time in Which to File its Responses to the Memorandum (Doc. 48) filed by Defendant Dion Halaska in support of Halaska's Motion to Suppress (Doc. 41).

The Court, being fully apprised in the premises for the Government's Motion, **GRANTS** the motion (Doc. 48) and extends until October 9, 2007, the time for the filing of the Government's Response to Defendant's Memorandum in Support of his Motion to Suppress.

The Court further finds that the time attributable to the briefing by the parties of the Defendant's pre-trial Motion to Suppress is necessary for the proper consideration of that Motion by the Court and therefore ORDERS that pursuant to 18 U.S.C. § 3161(h)(1)(F), the time from the filing of the Defendant's Motion on August 7, 2007, through October 9, 2007, be excluded from the speedy trial time limits of 18 U.S.C. § 3161(c)(1).

IT IS SO ORDERED.

Signed this 18th day of September, 2007.

/s/      DavidRHerndon
United States District Judge