IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-40049-DRH-01 |
| ) | |
| DION HALASKA, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

BEFORE THE COURT is Document 57, which is the Government's Motion for Leave to Manually File Exhibits to its Memorandum in Opposition to Defendant Dion Halaska's Motion to Suppress (Doc. 41).

The Court, being fully apprised in the premises for the Government's Motion, GRANTS the motion, and directs the Clerk of Court, upon receipt of Exhibits 1 and 2 from the Government, to file them of Record as exhibits to Document 56 in the above-captioned case.

IT IS SO ORDERED.

/s/      DavidRHerndon
Chief Judge
United States District Court

Dated this 11th day of October, 2007.